UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | ) | Case No. 14-51862 |
| | ) | |
| Joseph D. Romaniello | ) | Chapter 11 |
| | ) | |
| Debtor | ) | June 22, 2016 |

## MOTION FOR PERMISSION TO DISBURSE FUNDS TO THE MACKINNON FAMILY HOLDING COMPANY, LLC

1. On December 9, 2014, Joseph D. Romaniello, (the "Debtor"), filed a voluntary petition for reorganization pursuant to Chapter 11 of the United States Code (The Code) with the United States Bankruptcy Court for the District of Connecticut.

2. On or about April 9, 2015, the Debtor filed a motion for an order permitting him to sell certain property located at 19 and 25 Taft Avenue, Stamford, Connecticut.

3. On or about April 29, 2015, the Court ordered the sale of said assets with the proceeds of the sale to be held subject to liens and proceeds.

4. The Debtor has granted a mortgage to the MacKinnon Family Holding Company, LLC in the original amount of $150,000.00 dated March 22, 2013 which mortgage was recorded in Volume 10697 at Page 102 of the Stamford Land Records. The Debtor owes a mortgage balance of $150,000.00 and interest of $75,041.60 as of June 1, 2016 with a per diem of $62.50.

5. The Debtor prays for an order allowing the disbursement of proceeds from the May 11, 2016 closing by and between Joseph D. Romaniello, Jr. and 1925 Taff Avenue, LLC to the MacKinnon Family Holding Company, LLC in the amount of $226,416.60 through June 22, 2016 as per the per diem indicated above. Additional per diems up to the date of disbursement will be required.

WHEREFORE the Debtor requests the Court to allow counsel for the debtor to distribute $226,416.60 plus additional per diems up to the date of disbursement.

The Debtor

By:_____/s/_____

James G. Verrillo (ct08819)
Zeldes Needle & Cooper, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel: 203-333-9441
Fax: 203-333-1489
Email: jverrillo@znclaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | ) | Case No. 14-51862 |
| | ) | |
| | ) | |
| Joseph D. Romaniello | ) | Chapter 11 |
| | ) | |
| Debtor | ) | |

### ORDER ON MOTION FOR PERMISSION TO DISBURSE FUNDS TO THE MACKINNON FAMILY HOLDING COMPANY, LLC

WHEREAS, the Debtor is authorized to pay the amount due of $226,416.60 through and including June 22, 2016 with a per diem of $62.50 totaling $_____ to the MacKinnon Family Holding Company, LLC.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | ) | Case No. 14-51862 |
| | ) | |
| | ) | |
| | ) | |
| Joseph D. Romaniello | ) | Chapter 11 |
| | ) | |
| Debtor | ) | June 22, 2016 |

## NOTICE OF CONTESTED MATTER RESPONSE DEADLINE

Joseph D. Romaniello (the "Debtor") has filed a Motion to Disburse Funds to the MacKinnon Family Holding Company, LLC (the "Contested Matter") in the above-captioned case. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than **July 6, 2016**.* In the absence of a timely filed response, the proposed order in the Contested Matter **may** enter without further notice and hearing, *see* 11 U.S.C. section 102(1).

Date: June 22, 2016

The Debtor

By: _____/s/_____

James G. Verrillo (ct08819)
Zeldes Needle & Cooper, P.C.
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, CT 06601-1740
Tel: 203-333-9441
Fax: 203-333-1489
Email: jverrillo@znclaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re: | Case No. 14-51862 |
| Joseph D. Romaniello | Chapter 11 |
| Debtor | June 22, 2016 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 24th of May, 2016 in accordance with applicable law, I served the following documents upon the U.S. Trustee, all creditors, and parties who have filed an appearance and requested notice per the below list:

1. a copy of the motion initiating the contested matter, specifically: Motion for Permission to Disburse Funds to the MacKinnon Family Holding Company, LLC;
2. Proposed Order thereto; and
3. a Notice of Contested Matter Response Deadline.

**VIA ECF:**

**U. S. Trustee**
USTPRegion02.NH.ECF@USDOJ.GOV

**Lauren M. Nash** on behalf of United States of America, Small Business Administration
lauren.nash@usdoj.gov

**Christine Sciarrino** on behalf of United States of America, Small Business Administration
christine.sciarrino@usdoj.gov

**Julie G. Turbert** on behalf of United States of America, Small Business Administration
julie.turbert@usdoj.gov

**Linda St. Pierre** on behalf of Wells Fargo Bank, N.A.
bankruptcy@huntleibert.com

**Daniel M. Young** on behalf of First County Bank
dyoung@wrkk.com

**Secured Creditors:**

First County Bank
1042 High Ridge Road
Stamford, CT 06905
Attn: President

MacKinnon Family Holding Co.
c/o Daniel McCabe, Esq.
1200 Summer Street
Stamford, CT 06905

Housatonic Valley
57 North Street
Danbury, CT 06810
Attn: President

Wells Fargo Home Mortgage
3476 Stateview Blvd.
Attn: Bankruptcy Dept. MAC #D
Fort Mill, SC 29715

**20 Largest Unsecured Creditors:**

Chase Card Services
Attn: Bankruptcy Department
P.O. Box 15298
Wilmington, DE 19850

Frank Desantes and Peter Castavero
56 Aspen Lane
Stamford, CT 06903

Signature Finance, Inc.
68 Bank Street
New York, NY 10014
Attn: President

TCF Equipment Finance
11100 Wayzata Boulevard
Suite 801
Minnetonka, MN 55305
Attn: President

                              Debtor, Joseph D. Romaniello


By:_____/s/_____
    James G. Verrillo  (ct08819)
    Zeldes, Needle & Cooper, P.C.
    P.O. Box 1740
    1000 Lafayette Blvd.
    Bridgeport, CT. 06601-1740
    Tel: (203)332-5718
    Fax: (203)333-1489
    Email: jverrillo@znclaw.com